UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-CR-268 (TSC) |
| v. | UNDER SEAL |
| ROBERTO CARLOS OSTEN MESTRA<br>also known as "Navarro," | 21 U.S.C. §§959(a), 960, and 963<br>(Conspiracy to Distribute Five Kilograms<br>of Cocaine for Importation into the United<br>States) |
| FABIAN EDILSON TORRES CARANTON<br>also known as "Cassius," and "David," | 21 U.S.C. §§ 853 and 970<br>(Forfeiture) |
| EDUAR ANTONIO CALLE HOYOS,<br>also known as "Pablito," | |
| and | |
| AIMER ALBERTO ALVARAN POSADA<br>also known as "Hermanito," "Poveda,"<br>and "Santi," | |
| Defendants. | Case: 1:19-cr-268<br>Assigned to: Judge Tanya S. Chutkan<br>Assigned Date: 11/25/2020<br>Description: Superseding Indictment<br>Related Case: 19-cr-268 (TSC) |

SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE

From in or around July 2018, and continuing thereafter, until in or around October 2018, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Mexico, and the United States, the defendants, **ROBERTO CARLOS OSTEN MESTRA, also known as "Navarro," FABIAN EDILSON TORRES CARANTON, also known as "Cassius," and**

"David," **EDUAR ANTONIO CALLE HOYOS, also known as "Pablito," AIMER ALBERTO ALVARAN POSADA, also known as "Hermanito," "Poveda," and "Santi,"** and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 959(a) and 960(b)(1)(B)(ii); all in violation of Title 21, United States Code, Section 963.

With respect to each defendant, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

(Conspiracy to Distribute 5 Kilograms or More of Cocaine Intending, Knowing, and Having Reasonable Cause to Believe that such substance will be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), and 963.)

## FORFEITURE ALLEGATION

The United States hereby gives notice to the defendants that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third person;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be subdivided without difficulty;

/

/

/

/

/

/

/

/

/

/

/

/

/

/

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the said defendants up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

_____
Foreperson

By: _____
ARTHUR WYATT
Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

By: _____
JASON J. RUIZ
Acting Assistant Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917